

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2017

No. 04-16-00701-CR

Matthew **JOINER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

## ORDER

    The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 23, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:    Michael D. Robbins             Nicholas A. LaHood
        Appellate Public Defender's Office    District Attorney, Bexar County
        101 W. Nueva, Suite 370          300 Dolorosa, Suite 4025
        Paul Elizondo Tower 1            San Antonio, TX 78205
        San Antonio, TX 78205